AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

ADIS POGHOSYAN,

Defendant

Case No. 2:23-mj-04010-duty

**FILED**
CLERK, U.S. DISTRICT COURT
8/8/23
CENTRAL DISTRICT OF CALIFORNIA
BY: MR DEPUTY

**LODGED**
CLERK, U.S. DISTRICT COURT
8/8/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 23, 2023 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Olga Varouzian, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 8, 2023

[signature]
*Judge's signature*

City and state: Los Angeles, California

Hon. Pedro V. Castillo, U.S. Magistrate Judge
*Printed name and title*

AUSA: H. Mirell x0717

**AFFIDAVIT**

I, Olga Varouzian, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation's ("FBI") Eurasian Organized Crime Task Force and have been so employed since January 2018. As a TFO, I investigate organized crime and I am designated as the Terrorism Liaison Officer. In addition to being a TFO, I have also been a police officer with the City of Glendale for over eleven years. I began my career at the Los Angeles County Sheriff's Academy in 2011 and graduated in February of 2012. At the academy, I received hundreds of hours of training pertaining to fraud investigations, burglary investigations, receiving and selling stolen property, threat investigations, and basic crime investigation techniques, including: the gathering of facts pertaining to the crime, basic report writing, interviewing techniques, and performing follow up investigations. I also learned how to gather and collect evidence for criminal prosecutions. After graduating from the academy, I was assigned to the Field Services Division, where I worked as a patrol officer for four and a half years. As a patrol officer, I responded to numerous calls for service regarding fraud, restraining order violations, residential burglaries, auto burglaries, domestic violence incidents, threat investigations, assault investigations, and traffic related incidents. In July

2016, I was transferred to the Burglary / Auto-Theft Detail where I investigated commercial burglaries, residential burglaries, vehicle burglaries, vandalism, and arson related incidents. In January 2018, I became a TFO with FBI.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Adis POGHOSYAN, also known as Jilbert Mnatsakanyan ("POGHOSYAN"), for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. SUMMARY OF PROBABLE CAUSE

4. As depicted in surveillance footage, on June 23, 2023, POGHOSYAN, a convicted felon, fired an unregistered black Ruger LCP.380 caliber handgun at victim A.A. outside the Ararat Plaza shopping center located at 1261 Mariposa St., in Glendale, California. Police arrived at the scene and rendered medical aid to A.A. Paramedics arrived soon after and transported A.A. to the hospital, where A.A. succumbed to his injuries and,

according to a medical examiner, died from a gunshot wound to the right chest.

5.  After several unsuccessful attempts to locate POGHOSYAN, his attorney contacted law enforcement and surrendered POGHOSYAN to law enforcement at the Mexico/U.S. border.

## IV. STATEMENT OF PROBABLE CAUSE

6.  Based on my review of relevant surveillance footage, I know the following:

### A. June 23, 2023 Shooting Outside Ararat Plaza

7.  At approximately 5:37 p.m.[1] on June 23, 2023, I saw a black Cadillac SUV with a temporary license plate (the "Cadillac") parking in the Ararat Plaza parking lot. I saw a man, later identified as Andrey Zohrabyan ("Zohrabyan"), exit the driver's seat of the Cadillac. Zohrabyan was wearing a black shirt and dark-colored pants. I saw POGHOSYAN exit the passenger's seat. POGHOSYAN was wearing a black shirt, dark-colored shorts, and a dark-colored satchel across his chest.

8.  Immediately upon exiting the Cadillac, POGHOSYAN and Zohrabyan walk across the parking lot and appear to enter Hamlet's Kitchen, which is a restaurant located inside the Ararat Plaza shopping center. Zohrabyan and POGHOSYAN spend approximately a minute and a half inside the restaurant.

---

[1] All times are approximate and are based on the time stamps reflected in the surveillance footage. This is not intended to be a verbatim account of everything captured by the surveillance footage.

9. At approximately 5:39 p.m., POGHOSYAN and Zohrabyan return to the Cadillac. Zohrabyan retrieves a dark-colored jacket from the rear passenger's seat, while POGHOSYAN appears to sort through some papers in the rear driver's seat.

10. From approximately 5:40 p.m. to 5:51 p.m., POGHOSYAN and Zohrabyan loiter in the parking lot next to the Cadillac. At approximately 5:51 p.m., POGHOSYAN and Zohrabyan walk back toward Hamlet's Kitchen.

11. At approximately 5:54 p.m., a black Mercedes sedan (the "Mercedes") drives through the parking lot and parks next to the Cadillac. Four men – subsequently identified as A.A., S.G., A.G., and A.M. – emerge from the vehicle. A.A. walks toward Hamlet's kitchen, while the other three men linger in the parking lot near the Mercedes.

12. At approximately 5:57 p.m., A.A. returns to the Mercedes and appears to smoke a cigarette near the Mercedes.

13. At approximately 5:58 p.m., POGHOSYAN and Zohrabyan emerge from Hamlet's Kitchen and begin walking toward the sidewalk adjacent to the parking lot. As POGHOSYAN is walking, he appears to take an object out of the black satchel he is wearing. Based on my training and experience as well as my review of the surveillance footage, I believe that POGHOSYAN's hand gestures were consistent with pulling back and releasing the slide on a semi-automatic firearm, which would result in loading a round of ammunition in the chamber of the firearm.

14. At approximately 5:59 p.m., A.A., A.G., and A.M. approach POGHOSYAN and Zohrabyan; approximately thirty seconds later, S.G. approaches the group holding a baseball bat.

15. At approximately 6:00 p.m., A.A. hits POGHOSYAN and the two men fall to the ground. S.G. then begins to strike POGHOSYAN with the baseball bat. Based on A.A.'s reaction and the reactions of the other individuals present during the fight, it appears that POGHOSYAN shoots A.A. while the two men are struggling on the ground.

16. After shooting A.A., POGHOSYAN appears to drop the firearm on the ground. A.G. then appears to kick the firearm away from POGHOSYAN.

17. After the shooting, POGHOSYAN gets up from the ground and runs from the sidewalk into the parking lot. Meanwhile, A.G., A.M., and S.G. continue beating and kicking Zohrabyan.

18. Eventually, both POGHOSYAN and Zohrabyan are seen fleeing the parking lot on foot.

### B. Identification of POGHOSYAN

19. According to California Department of Motor Vehicle records, the Cadillac that POGHOSYAN and Zohrabyan arrived in at the Ararat Plaza is registered to Zohrabyan.

20. According to police reports, after the shooting, GPD officers searched the Cadillac and recovered miscellaneous mail matter addressed to POGHOSYAN from the rear driver's seat. Officers then compared POGHOSYAN'S California DMV photograph and prior booking photographs to images of the male shooter from the surveillance video. GPD officers positively identified

POGHOSYAN as the shooter based on his appearance and the distinctive tattoos on POGHOSYAN's arms.

21. GPD officers also recovered a cigarette butt from the parking lot, near where POGHOSYAN was seen smoking a cigarette on the surveillance footage. GPD detectives sent the recovered cigarette butt for DNA processing. After processing, the extracted DNA profile was entered into the Combined DNA System, and the DNA profile matched to "Jilbert Mnatsakanyan," which I know, based on criminal history records, to be POGHOSYAN's alias.

22. Based on my review of police reports and my conversations with GPD officers, I know that on June 26, 2023, law enforcement served warrants at three different locations associated with POGHOSYAN but were unable to locate him.

23. On June 28, 2023, GPD detectives interviewed Zohrabyan with his attorney present. According to GPD's report of the interview, during this interview, among other things, Zohrabyan confirmed that he and POGHOSYAN were at the scene of the shooting incident.

24. Based on my review of reports and conversations with GPD detectives, I know that on July 3, 2023, GPD detectives spoke to an individual who represented himself as POGHOSYAN's attorney and who informed the detectives that POGHOSYAN was in Mexico and that he wanted to surrender himself to law enforcement at the U.S. border in San Ysidro. GPD detectives subsequently responded to the border and saw POGHOSYAN arrive at the pedestrian gate. Once POGHOSYAN crossed the border, United

States Customs and Border Protection ("USCBP") officers contacted him and processed his entry into the United States. USCBP officers then turned POGHOSYAN over to the GPD detectives, who took POGHOSYAN into custody and transported him to GPD.

### C. Recovery and Identification of Firearm

25. As seen on the surveillance video, after POGHOSYAN discharged the firearm, A.G. kicked the firearm several feet away from POGHOSYAN.

26. According to police reports, GPD officers recovered a Ruger LCP semi-automatic pistol, .380 caliber, bearing unregistered serial number 372415462 from the sidewalk, near where the shooting occurred. The pistol had five unexpended rounds in the magazine, and an empty casing in the chamber that had not cycled out.

### D. Interstate Nexus

27. On August 2, 2023, Special Agent Michael Montevidoni, an ATF Interstate Nexus Expert, examined the aforementioned firearm and ammunition and confirmed that they were all manufactured outside of the State of California. Specifically, according to Special Agent Montevidoni's report, the firearm was manufactured in either Arizona or North Carolina, and the ammunition was manufactured in the Philippines. Because the firearm and the ammunition were found in California, I believe they traveled in and affected interstate commerce.

### E. Criminal History

28. I have reviewed certified conviction records for POGHOSYAN and learned that POGHOSYAN has previously been

convicted of the following felony crimes punishable by a term of imprisonment exceeding one year:

    a.   On or about April 2, 2010, violations of 18 U.S.C. §§ 1029(a)(3) and (2) (Possession of Fifteen or More Counterfeit and Unauthorized Access Devices) and 1029(a)(4) and (2) (Possession of Device-Making Equipment), in the United States District Court for the District of Kansas, Case Number 10-10060-01-04-EFM, for which he was sentenced to 18 months in federal custody; and

    b.   On or about May 25, 2017, a violation of California Penal Code § 530.5(a): Unauthorized Use of Another Person's Personal Identifying Information, in the Superior Court for the State of California, County of Los Angeles, Case Number GA099492, for which he was sentenced to 16 days' jail and five years' probation.

    **F.**    **Restraining Order**

29.   On August 19, 2022, in Case Number 2GD00785, the Honorable Leonard Torrealra of the Superior Court for the State of California, County of Los Angeles, entered a restraining order against POGHOSYAN due to a domestic violence conviction. The restraining order states, in bold writing, that POGHOSYAN "must not own, possess, buy or try to buy, receive or try to receive, or otherwise obtain a firearm or ammunition." The restraining order reamins effective until August 19, 2025.

### V. <u>CONCLUSION</u>

30.   For all the reasons described above, there is probable cause to believe that POGHOSYAN has committed a violation of 18

U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 8th day of August, 2023.

_____
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE